SO ORDERED

/s/ Cheryl L. Pollak
Cheryl L. Pollak
United States Magistrate Judge
Eastern District of New York
February 14, 2024

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------------X
TANIQUA PITT, on behalf of herself and others similarly situated,

Civil Action No.:
22-CV-7910-CLP

                Plaintiff,

   -against-

**STIPULATION
OF DISMISSAL**

THE BAR LIFE INC. and MICHAEL LEAKS,

                Defendants.
-----------------------------------------------------------------------------X

      IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and Defendants, through their undersigned counsel that, whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of the action, in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the \Complaint in the above-captioned action and all claims alleged therein be dismissed with prejudice, with each party to bear their own attorneys' fees and costs.

      IT IS FURTHER STIPULATED AND AGREED that this Stipulation may be executed in counterparts with scanned PDF or facsimile signatures treated as originals.

Dated:  February 6, 2024

Law Offices of Yale Pollack, P.C.
*Attorneys for Plaintiff*

By: _____
      Yale Pollack, Esq.
66 Split Rock Road
Syosset, New York 11791
(516) 634-6340
ypollack@yalepollacklaw.com

Dated:  February 6, 2024

Christal A. Cammock, P.C.
*Attorneys for Defendants*

By: _____
      Christal A. Cammock, Esq.
70 E. Sunrise Highway, Suite 500
Valley Stream, New York 11581
(516) 341-6300
Christal@Cammocklaw.com